```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,       :
        - v -                   :      ORDER
                                       16-cr-212 (LAK)
RONALD MATTHEWS,                :

            Defendant.          :
- - - - - - - - - - - - - - - x
```

LEWIS A. KAPLAN, U.S.D.J.

WHEREAS RONALD MATTHEWS has indicated his intent to enter admissions to alleged violations of supervised release in this matter, as set forth in Violation Reports dated July 1, 2019, and amended April 13, 2020;

WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that, for the reasons set forth

in the parties' joint application dated January 8, 2021, the change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated: New York, New York
~~January~~ Feb. 1, 2021

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York