```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
           - v. -                   :    16 Cr. 212 (LAK)
                                    :
RONALD MATTHEWS,                    :
                                    :
                      Defendant.    :
------------------------------------X
```

WHEREAS, with the consent of defendant RONALD MATTHEWS, his guilty plea allocution was taken before a United States Magistrate Judge on February 23, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         April 6, 2021

```
                                    HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK
```